Case 1:21-cv-00106 Document 30 Filed on 12/14/21 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 14, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REYNALDO CISNEROS, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-106 |
| FRANKLIN CREDIT MANAGEMENT CORPORATION, | § § § § | |
| Defendant. | § | |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff Reynaldo Cisneros filed this lawsuit in a Texas state court to contest foreclosure on his home after he defaulted on a loan that Defendant Franklin Credit Management Corporation provided. (Original Petition, Doc. 1-1) Franklin Credit filed a counterclaim for a declaratory judgment that it properly foreclosed on Cisneros's home. (Answer & Counterclaim, Doc. 3, 6)

Franklin Credit moves for summary judgment as to its counterclaim and against Cisneros's causes of action.[1] (Motion, Doc. 6)

A United States Magistrate Judge recommends that the Court grant the Motion for Summary Judgment. (R&R, Doc. 29) No party filed objections to the Report and Recommendation, and the Court finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 29). It is:

**ORDERED** that Defendant Franklin Credit Management Corporation's Motion for Summary Judgment (Doc. 6) is **GRANTED**.

The Court will separately issue a Final Judgment in accordance with this Order.

Signed on December 14, 2021.

Fernando Rodriguez, Jr.
United States District Judge

---

[1] The Court previously dismissed Cisneros's claims against Defendant Eric Williams. (Order, Doc. 28)