United States District Court
Southern District of Texas
**ENTERED**
December 14, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REYNALDO CISNEROS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-106 |
| | § | |
| FRANKLIN CREDIT MANAGEMENT | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

In accordance with the Court's Order Adopting Report and Recommendation (Doc. 30), Final Judgment is entered in favor of Defendant Franklin Credit Management Corporation.

Judgment is entered in favor of Defendant Franklin Credit Management Corporation as to all of Plaintiff Reynaldo Cisneros's causes of action. Plaintiff Reynaldo Cisneros takes nothing in this lawsuit.

The Court declares that Franklin Credit Management Corporation complied with all legal prerequisites to foreclosure and validly foreclosed on the property at 1963 Royal Oak Drive, Brownsville, Texas, 78520, and more particularly described as:

LOT 45, BLOCK 1, NORTHWOOD SUBDIVISION NO. 3; CAMERON COUNTY, TEXAS, ACCORDING TO MAP RECORDED IN CABINET 1, PAGE 2143-A, MAP RECORDS, CAMERON COUNTY, TEXAS.

The Court also declares that the foreclosure sale was legally and properly conducted on December 1, 2020.

Each party shall be responsible for its own fees and costs.

This is a final, appealable judgment.

Signed on December 14, 2021.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge